THE PEOPLE OF THE STATE OF NEW YORK v. NICHOLAS FARINELLI.— Motion to dismiss appeal granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SIEGFRIED SIEGEL v. ANNA L. HARRIS and Others, Impleaded with ALFRED EXCHANGE CORPORATION.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS GERSHGORN v. BENJAMIN B. WEINBERG and Another.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

BESSIE JOSEPHSON v. JACOB BACK.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH VIERA v. JAMES E. TYTLER and Another.— Motion to dismiss appeal denied. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ROTHSTEIN BROS. & LEVY, INC., v. BRAND & OPPENHEIMER, INC.— Motion to dismiss appeal granted, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

JOSEPH DI FRANCESCO v. ANDREA NATARELLI.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

LEVI A. FESSENDEN v. HERMAN PINSKY and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

SARA KLEIN v. ANNA HEISTEIN and Others, as Administrators, etc.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

MORRIS J. LEHRER v. ABRAHAM NUSBAUM and Another.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

COLUMBIA GRAMMAR SCHOOL v. THEODOR BLUM and Another.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

ZIMDORF REALTY CO., INC., v. DAVID SCHIFF, INC.— Application denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

HYMAN SIEGEL v. SAMUEL SALNICK and Others.— Application denied, with ten dollars costs, and stay vacated. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

CHATHAM PHENIX NATIONAL BANK AND TRUST COMPANY v. HENRY HOLLING, HANOVER NATIONAL BANK AND EMPIRE TRUST COMPANY.— Application granted. Present — Dowling, P. J., Finch, McAvoy, Martin and O'Malley, JJ.

In the Matter of the Application of CARMER CORPORATION to Compel FRANCIS B. WOOD, an Attorney, etc., to Pay over Certain Moneys.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.

H. T. C. HOTEL CORPORATION v. ROYAL INDEMNITY COMPANY.— Motion denied, with ten dollars costs. Present — Dowling, P. J., Finch, McAvoy, Martin and Proskauer, JJ.